IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

REYNARD MOSLEY,

      Petitioner,

v.                                                            1:15cv31–WS/CJK

JULIE JONES,

      Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 39) docketed May 2, 2017. The magistrate judge recommends that the petitioner's amended petition for writ of habeas corpus (doc. 9) be denied. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is

ORDERED:

1. The magistrate judge's report and recommendation (doc. 39) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's amended petition for writ of habeas corpus (doc. 9), challenging the judgment of conviction and sentences in *State v. Mosley*, Alachua County Circuit Court Case No. 09–CF–4735, is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's amended petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this ___7th___ day of ___June___, 2017.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE